IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERREK E. ARRINGTON, | : | CIVIL NO. 3:CV-12-1219 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| WARDEN USP LEWISBURG, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, to wit, this 4th day of November 2013, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in this Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

s/James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court